UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SHERRY HINES )
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:19-CV-323-FL
ANDREW SAUL, Commissioner of )
Social Security, )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's stipulation for attorney fees and plaintiff's amended motion for attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 1, 2020, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $5,400.00.

**This Judgment Filed and Entered on June 1, 2020, and Copies To:**
Vaughn Stephen Clauson  (via CM/ECF Notice of Electronic Filing
Cassia W. Parson / Wanda D. Mason (via CM/ECF Notice of Electronic Filing)

June 1, 2020                      PETER A. MOORE, JR., CLERK

                                        /s/ Sandra K. Collins
                                       (By) Sandra K. Collins, Deputy Clerk